SHERYL D. NOEL SBN 172551
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
copies to efiling@schuergerlaw.com

Attorney for Plaintiff,
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KLAIR REAL ESTATE, INC., a California Corporation<br><br>Defendant. | Case No. |

**COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The Plaintiff, United States of America, on behalf of its agency, the U.S. Department of Justice, U.S. Trustees, alleges that:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III Section 2, U.S. Constitution and 28 U.S.C. § 1345.

2. Venue is proper under, 28 U.S.C. § 1345 in that defendant, KLAIR RESL ESTATE, INC., a California Corporation with a principal place of business at 600 East Main Street, Suite

300, Turlock, CA 95380 located in Stanislaus County, California within the Jurisdiction of this Court.

**PARTIES**

3. Plaintiff is the United States of America, acting through its agency the U.S. Department of Justice, U.S. Trustees (hereinafter "DOJ/USTR"). The debt was referred to the Treasury in accordance with the Debt Collection Improvement Act of 1996 ("DCIA") (31 U.S.C. § 3701 *et seq.*).

4. The Defendant, KLAIR REAL ESTATE, INC., (hereinafter "KLAIR"), a California Corporation has an address of 600 East Main Street, Suite 300, Turlock, CA 95380 located in Stanislaus County, California within the Jurisdiction of this Court.

**CAUSE OF ACTION**

**(For Non-payment of Chapter 11 Quarterly Fees)**

Plaintiff re-alleges and incorporates herein, as though fully set forth, all preceding paragraphs.

5. On December 11, 2019, KLAIR. filed a Chapter 11 Bankruptcy docketed as Case Number 19-91068-E-11.

6. Klair failed to file a Plan of Reorganization.

7. On August 3, 2020, the aforementioned Chapter 11 Bankruptcy case was dismissed through an Order dated and entered on August 3, 2020, attached hereto and made apart hereof as Exhibit "A".

8. Klair was assessed Post-Confirmation United States Trustee Quarterly Fees in the sum of $36,365.95. A copy of the Quarterly Fee Information and Collection System assessment detail is attached hereto as Exhibit "B" and incorporated herein.

9. On August 28, 2020 the DOJ/USTR the debt became delinquent and a Notice was issued

to the debtor with a remaining balance of $36,365.95 and an annual interest rate of 2.00%. Subsequently, DOJ/USTR referred the debt to Treasury on August 28, 2020. See attached hereto and made apart hereof as Exhibit "B".

10. On July 22, 2025, the Treasury sent a Notice of Litigation Referral to the U.S. Department of Justice (hereinafter "DOJ") for TRFM13809231 with a current principal balance due of $36,365.95, advising enforced collection through litigation.

11. The Treasury certified the debt in the amount of $36,365.95. Defendant was delinquent in repaying a debt owed for a Chapter 11 Quarterly Fees pursuant to 28 U.S.C.§ 1930. Treasury Debt Management Services referred to the debt over on July 22, 2025 with a daily interest of $1.99 Certification is pursuant to 28 U.S.C. §1746(2). A copy of the Certificate of Indebtedness is attached hereto and made apart hereof as Exhibit "C".

12. As of August 20, 2026, KLAIR REAL ESTATE, INC., is indebted to the United States of America in the principal sum of $36,365.95, plus administrative fees of $12,534.00, and interest through August 20, 2026 of $4,160.66 for a total sum of $53,060.61 plus interest continuing to accrue according to proof.

13. Plaintiff demanded payment from KLAIR REAL ESTATE, INC., but payment has not been made.

14. Plaintiff declares the full amount payable to be due.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA prays for the judgment against KLAIR REAL ESTATE, INC., as follows:

1. For the total amount of $53,060.61;
2. For interest thereon in an amount according to proof.

3. For the costs of this action;

4. Attorney's fees of $400.00 as permitted by 28 U.S.C. § 2412(a)(2); and,

5. For such other relief which the Court deems proper.

DATED this 27th day of August 2026.

Respectfully submitted,

By: */s/ Sheryl D. Noel*
Sheryl D. Noel (172551)
Attorney for the Plaintiff
United States of America
**On behalf of Schuerger Law Group**
**Private Counsel – U.S. Department of Justice**
499 W. Shaw Avenue #116
Fresno, CA 93704
Phone: (559)248-4820
snoel@schuergerlaw.com
efiling@schuergerlaw.com